| | |
|---|---|
| 1 | MICHAEL H. PAGE (SBN 154913) |
| | mpage@durietangri.com |
| 2 | JOSEPH C. GRATZ (SBN 240676) |
| | jgratz@durietangri.com |
| 3 | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| 4 | San Francisco, CA 94111 |
| | Telephone:  415-362-6666 |
| 5 | Facsimile:   415-236-6300 |

Attorneys for Defendants
WTV SYSTEMS, INC.,
WTV SYSTEMS, LLC d/b/a ZEDIVA,
and VENKATESH SRINIVASAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br><br> Plaintiff, <br><br> v. <br><br> WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN, <br><br> Defendants. | Case No. 2:11-cv-02817-JFW-E <br><br> **DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES** <br><br> Ctrm:     16 <br> Judge:    The Honorable John F. Walter |

1 | Pursuant to Federal Rules of Civil Procedure Rule 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants WTV Systems, Inc., WTV Systems, LLC d/b/a Zediva ("Zediva"), and Venkatesh Srinivasan (collectively, "Defendants"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendants are not publicly traded and no publicly traded company owns more than 10% of its stock.

Dated: April 25, 2011                    DURIE TANGRI LLP


                                         By:  ___*/s/ Michael H. Page*___
                                              MICHAEL H. PAGE

                                         Attorneys of Record for Defendants
                                         WTV SYSTEMS, INC.,
                                         WTV SYSTEMS, LLC d/b/a ZEDIVA,
                                         and VENKATESH SRINIVASAN