| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: 213-683-9100<br>Facsimile: 213-687-3702<br><br>DANIEL E. ROBBINS (SBN 156934)<br>Dan_Robbins@mpaa.org<br>BENJAMIN S. SHEFFNER (SBN 212629)<br>Ben_Sheffner@mpaa.org<br>15301 Ventura Boulevard, Bldg E<br>Sherman Oaks, CA 91403-3102<br>Telephone: (818) 995-6600<br>Facsimile: (818) 285-4403<br><br>*Attorneys for Plaintiffs* | MICHAEL H. PAGE (SBN 154913)<br>mpage@durietangri.com<br>JOSEPH C. GRATZ (SBN 240676)<br>jgratz@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br><br><br><br><br>**NOTE: CHANGES MADE BY THE COURT**<br><br><br><br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>          Plaintiffs,<br><br>  v.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>          Defendants. | **CASE NO. 2:11-CV-02817-JFW-E**<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON STUDIOS' PRELIMINARY INJUNCTION MOTION**<br><br>Ctrm: 16<br>Judge: The Honorable John F. Walter |

**NOTE: CHANGES MADE BY THE COURT**

[PROPOSED] ORDER
CASE NO. 2:11-cv-02817-JFW-E

1   Upon the Stipulation of Plaintiffs Warner Bros. Entertainment Inc.,
2   Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures
3   Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios
4   Productions LLLP ("Studios") and defendants WTV Systems, Inc., WTV Systems,
5   LLC d/b/a Zediva, and Venkatesh Srinivasan (collectively, "Defendants"), and for
6   good cause shown,

7   IT IS THEREFORE ORDERED that Defendants shall answer on or before
8   May 16, 2011; the Studios shall file their Motion for Preliminary Injunction on or
9   before May 26, 2011; Defendants shall file their opposition on or before June 17,
10  2011; Plaintiffs shall file their Reply on or before June 27, 2011; and the Court will
11  hear argument on the Motion on **July 25, 2011 at 1:30 PM.**

13  IT IS SO ORDERED.

15  Dated:  April 26, 2011

By: _____
    UNITED STATES DISTRICT JUDGE

NOTE: CHANGES MADE BY THE COURT

1
[PROPOSED] ORDER
CASE NO. 2:11-cv-02817-JFW-E