MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

*Attorneys for Defendants*
WTV SYSTEMS, INC.,
WTV SYSTEMS, LLC d/b/a ZEDIVA,
and VENKATESH SRINIVASAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>　　　　　　　Defendants. | Case No. CV 11-02817-JFW-E<br><br>**DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANTS RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING**<br><br>Ctrm:　　16<br>Judge:　　John F. Walter |

I, Michael H. Page, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am a partner with the law firm of Durie Tangri LLP, lead counsel for Defendants WTV Systems, Inc., WTV Systems, LLC d/b/a Zediva ("Zediva"), and Venkatesh Srinivasan (collectively, "Defendants") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. I am a registered ECF User for the Central District of California and my e-mail address of record is mpage@durietangri.com. I consent to electronic service and receipt of documents by electronic means.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed on May 3, 2011 in San Francisco, California.

*/s/ Michael H. Page*

Michael H. Page