GLENN D. POMERANTZ (SBN 112503)
*Glenn.Pomerantz@mto.com*
KELLY M. KLAUS (SBN 161091)
*Kelly.Klaus@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

DANIEL E. ROBBINS (SBN 156934)
*Dan_Robbins@mpaa.org*
BENJAMIN S. SHEFFNER (SBN 212629)
*Ben_Sheffner@mpaa.org*
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for
Motion Picture Studio Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>vs.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>Defendants. | **CASE NO.  2:11-cv-02817-JFW-E**<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF MOTION OF MOTION PICTURE STUDIO PLAINTIFFS FOR PRELIMINARY INJUNCTION**<br><br>Date:     July 25, 2011<br>Time:    1:30 p.m.<br>Judge:   Hon. John F. Walter<br>Ctrm:    16<br><br>[Filed concurrently herewith:<br>(1) Notice of Motion and Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support Thereof;<br>(2) Declaration Of Thomas Gewecke;<br>(3) Declaration Of Carolyn Hoecker Luedtke; and<br>(4) [Proposed] Order] |

I, Kelly M. Klaus, hereby declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs Warner Bros. Entertainment Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP in this action. I make this Declaration based on my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached hereto as Exhibit 1 is the Certificate of Registration to the motion picture entitled, The Book of Eli, and bearing the U.S. Copyright Registration No. PA 1-659-118.

3. Attached hereto as Exhibit 2 is the Certificate of Registration to the motion picture entitled, Cop Out, and bearing the U.S. Copyright Registration No. PA 1-703-015.

4. Attached hereto as Exhibit 3 is the Certificate of Registration to the motion picture entitled, The Dark Knight, and bearing the U.S. Copyright Registration No. PA 1-606-857.

5. Attached hereto as Exhibit 4 is the Certificate of Registration to the motion picture entitled, The Invention of Lying, and bearing the U.S. Copyright Registration No. PA 1-647-143.

6. Attached hereto as Exhibit 5 is the Certificate of Registration to the motion picture entitled, Invictus, and bearing the U.S. Copyright Registration No. PA 1-684-663.

7. Attached hereto as Exhibit 6 is the Certificate of Registration to the motion picture entitled, Life As We Know It, and bearing the U.S. Copyright Registration No. PA 1-709-859.

8. Attached hereto as Exhibit 7 is the Certificate of Registration to the motion picture entitled, The Bounty Hunter, and bearing the U.S. Copyright

1   Registration No. PA 1-667-359.

2      9.     Attached hereto as Exhibit 8 is the Certificate of Registration to the
3   motion picture entitled, Eat Pray Love, and bearing the U.S. Copyright
4   Registration No. PA 1-689-770.

5      10.    Attached hereto as Exhibit 9 is the Certificate of Registration to the
6   motion picture entitled, Grown Ups, and bearing the U.S. Copyright Registration
7   No. PA 1-682-702.

8      11.    Attached hereto as Exhibit 10 is the Certificate of Registration to the
9   motion picture entitled, How Do You Know, and bearing the U.S. Copyright
10  Registration No. PA 1-712-186.

11     12.    Attached hereto as Exhibit 11 is the Certificate of Registration to the
12  motion picture entitled, The Karate Kid, and bearing the U.S. Copyright
13  Registration No. PA 1-680-527.

14     13.    Attached hereto as Exhibit 12 is the Certificate of Registration to the
15  motion picture entitled, The Other Guys, and bearing the U.S. Copyright
16  Registration No. PA 1-689-167.

17     14.    Attached hereto as Exhibit 13 is the Certificate of Registration to the
18  motion picture entitled, Salt, and bearing the U.S. Copyright Registration No. PA
19  1-687-265.

20     15.    Attached hereto as Exhibit 14 is the Certificate of Registration to the
21  motion picture entitled, The Social Network, and bearing the U.S. Copyright
22  Registration No. PA 1-698-016.

23     16.    Attached hereto as Exhibit 15 is the Certificate of Registration to the
24  motion picture entitled, Alice in Wonderland, and bearing the U.S. Copyright
25  Registration No. PA 1-675-924.

26     17.    Attached hereto as Exhibit 16 is the Certificate of Registration to the
27  motion picture entitled, The Last Song, and bearing the U.S. Copyright
28  Registration No. PA 1-679-726.

1    18.    Attached hereto as Exhibit 17 is the Certificate of Registration to the motion picture entitled, Prince of Persia: The Sands of Time, and bearing the U.S. Copyright Registration No. PA 1-689-164.

19.    Attached hereto as Exhibit 18 is the Certificate of Registration to the motion picture entitled, Secretariat, and bearing the U.S. Copyright Registration No. PA 1-706-963.

20.    Attached hereto as Exhibit 19 is the Certificate of Registration to the motion picture entitled, The Sorcerer's Apprentice, and bearing the U.S. Copyright Registration No. PA 1-691-405.

21.    Attached hereto as Exhibit 20 is the Certificate of Registration to the motion picture entitled, Toy Story 3, and bearing the U.S. Copyright Registration No. PA 1-688-323.

22.    Attached hereto as Exhibit 21 is the Certificate of Registration to the motion picture entitled, When in Rome, and bearing the U.S. Copyright Registration No. PA 1-667-869.

23.    Attached hereto as Exhibit 22 is the Certificate of Registration to the motion picture entitled, You Again, and bearing the U.S. Copyright Registration No. PA 1-702-216.

24.    Attached hereto as Exhibit 23 is the Certificate of Registration to the motion picture entitled, Jackass 3D, and bearing the U.S. Copyright Registration No. PA 1-700-556.

25.    Attached hereto as Exhibit 24 is the Certificate of Registration to the motion picture entitled, The Last Airbender, and bearing the U.S. Copyright Registration No. PA 1-683-283.

26.    Attached hereto as Exhibit 25 is the Certificate of Registration to the motion picture entitled, Morning Glory, and bearing the U.S. Copyright Registration No. PA 1-706-205.

27.    Attached hereto as Exhibit 26 is the Certificate of Registration to the

1  motion picture entitled, Paranormal Activity 2, and bearing the U.S. Copyright
2  Registration No. PA 1-701-514.

3      28. Attached hereto as Exhibit 27 is the Certificate of Registration to the
4  motion picture entitled, Shutter Island, and bearing the U.S. Copyright Registration
5  No. PA 1-663-207.

6      29. Attached hereto as Exhibit 28 is the Certificate of Registration to the
7  motion picture entitled, 127 Hours, and bearing the U.S. Copyright Registration
8  No. PA 1-705-419.

9      30. Attached hereto as Exhibit 29 is the Certificate of Registration to the
10 motion picture entitled, The A-Team, and bearing the U.S. Copyright Registration
11 No. PA 1-679-727.

12     31. Attached hereto as Exhibit 30 are the Certificates of Registration to
13 the motion picture entitled, Avatar, and bearing the U.S. Copyright Registration
14 Nos. PA 1-653-536, PA 1-395-488, and PA 1-691-572.

15     32. Attached hereto as Exhibit 31 is the Certificate of Registration to the
16 motion picture entitled, Crazy Heart, and bearing the U.S. Copyright Registration
17 No. PA 1-655-279.

18     33. Attached hereto as Exhibit 32 is the Certificate of Registration to the
19 motion picture entitled, Date Night, and bearing the U.S. Copyright Registration
20 No. PA 1-669-165.

21     34. Attached hereto as Exhibit 33 is the Certificate of Registration to the
22 motion picture entitled, Diary of a Wimpy Kid, and bearing the U.S. Copyright
23 Registration No. PA 1-667-079.

24     35. Attached hereto as Exhibit 34 is the Certificate of Registration to the
25 motion picture entitled, Knight and Day, and bearing the U.S. Copyright
26 Registration No. PA 1-681-723.

27     36. Attached hereto as Exhibit 35 is the Certificate of Registration to the
28 motion picture entitled, Love and Other Drugs, and bearing the U.S. Copyright

1  Registration No. PA 1-706-799.

2      37.    Attached hereto as Exhibit 36 is the Certificate of Registration to the
3 motion picture entitled, Marmaduke, and bearing the U.S. Copyright Registration
4 No. PA 1-678-666.

5      38.    Attached hereto as Exhibit 37 is the Certificate of Registration to the
6 motion picture entitled, Predators, and bearing the U.S. Copyright Registration No.
7 PA 1-683-294.

8      39.    Attached hereto as Exhibit 38 is the Certificate of Registration to the
9 motion picture entitled, Ramona and Beezus, and bearing the U.S. Copyright
10 Registration No. PA 1-687-191.

11     40.    Attached hereto as Exhibit 39 is the Certificate of Registration to the
12 motion picture entitled, Unstoppable, and bearing the U.S. Copyright Registration
13 No. PA 1-705-418.

14     41.    Attached hereto as Exhibit 40 is the Certificate of Registration to the
15 motion picture entitled, Wall Street: Money Never Stops, and bearing the U.S.
16 Copyright Registration No. PA 1-693-817.

17     42.    Attached hereto as Exhibit 41 is the Certificate of Registration to the
18 motion picture entitled, Charlie St. Cloud, and bearing the U.S. Copyright
19 Registration No. PA 1-690-720.

20     43.    Attached hereto as Exhibit 42 is the Certificate of Registration to the
21 motion picture entitled, Despicable Me, and bearing the U.S. Copyright
22 Registration No. PA 1-685-728.

23     44.    Attached hereto as Exhibit 43 is the Certificate of Registration to the
24 motion picture entitled, It's Complicated, and bearing the U.S. Copyright
25 Registration No. PA 1-656-395.

26     45.    Attached hereto as Exhibit 44 is the Certificate of Registration to the
27 motion picture entitled, Love Happens, and bearing the U.S. Copyright
28 Registration No. PA 1-644-272.

1   46.  Attached hereto as Exhibit 45 is the Certificate of Registration to the
2   motion picture entitled, Robin Hood, and bearing the U.S. Copyright Registration
3   No. PA 1-685-053.
4   47.  Attached hereto as Exhibit 46 is the Certificate of Registration to the
5   motion picture entitled, Scott Pilgrim vs. The World, and bearing the U.S.
6   Copyright Registration No. PA 1-692-200.

8   I declare under penalty of perjury under the laws of the United States that the
9   foregoing is true and correct.  Executed this 26th day of May 2011, at Los Angeles,
10  California.

*/s/ Kelly M. Klaus*
KELLY M. KLAUS