GLENN D. POMERANTZ (SBN 112503)
*Glenn.Pomerantz@mto.com*
KELLY M. KLAUS (SBN 161091)
*Kelly.Klaus@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

DANIEL E. ROBBINS (SBN 156934)
*Dan_Robbins@mpaa.org*
BENJAMIN S. SHEFFNER (SBN 212629)
*Ben_Sheffner@mpaa.org*
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for
Motion Picture Studio Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>vs.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>Defendants. | **CASE NO. 2:11-cv-02817-JFW-E**<br><br>**DECLARATION OF CAROLYN HOECKER LUEDTKE IN SUPPORT OF MOTION OF MOTION PICTURE STUDIO PLAINTIFFS FOR PRELIMINARY INJUNCTION**<br><br>Date:  July 25, 2011<br>Time:  1:30 p.m.<br>Judge:  Hon. John F. Walter<br>Ctrm:  16<br><br>[Filed concurrently herewith:<br>(1) Notice of Motion and Motion and Memorandum of Points and Authorities;<br>(2) Declaration Of Thomas Gewecke;<br>(3) Declaration Of Kelly M. Klaus; and<br>(4) [Proposed] Order] |

I, Carolyn Hoecker Luedtke, hereby declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record to the Motion Picture Studio Plaintiffs: Warner Bros. Entertainment Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP ("Plaintiffs" or "Studios"). I make this Declaration based on my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

**Video On Demand**

2. Attached as Exhibit A are true and correct copies of screen shots of webpages from the Amazon (www.amazon.com), CinemaNow (www.cinemanow.com), Vudu (www.vudu.com), and YouTube (www.youtube.com) websites, showing the availability of current releases, "Despicable Me" and "Hereafter" for viewing on a home computer, i-Pad, i-Touch, or other device. As these pages make clear, a consumer can download the movie for viewing for a price of $3.99 to $5.99.

3. Attached as Exhibit B is a true and correct copy of a report entitled "DEG Year-End 2010 Home Entertainment Report," authored by Digital Entertainment Group, dated January 6, 2011, and reporting on the "video on demand" or "VOD" industry. I accessed the attached copy of the report at http://www.dvdinformation.com/pressreleases/2011/f_Q410.pdf. Attached as Exhibit C is a true and correct copy of a report entitled "iVOD to Exceed EST in U.S. Online Movie Market in 2013" dated February 14, 2011 that I accessed at http://www.isuppli.com/Media-Research/News/Pages/iVOD-to-Exceed-EST-in-US-Online-Movie-Market-in-2013.aspx.

**Zediva's Service**

4. I visited Defendants' website at www.zediva.com. Attached as Exhibit D is a true and correct copy of some screen shots that show what I viewed

when visiting Defendants' web site. The first page is an overview page of the website. Next is what is visible when I clicked on the link for "FAQ" (which I understand to be a commonly accepted abbreviation for "Frequently Asked Questions") at the bottom of the page. The FAQ page lists a series of questions; when I clicked on a question, the site would display Zediva's answer. The pages contained in Exhibit D are a true and correct copy of what the FAQ looked like after I clicked on all the questions. I also clicked on the link for "Browse Selections," and then I clicked on the link for "All DVDs." This appears to be a list of movies available for rent through www.zediva.com. A print out of those pages are contained in Exhibit D. The next page of Exhibit D is what is visible if you click on the link for "How It Works" and then I have printed what is visible if you click on the link for "Pricing." Finally, Exhibit D contains a print out of what the user sees if he clicks on the link to "Terms of Use."

5. Defendants' counsel, Joseph Gratz, provided me with a login for the Zediva service. I used that login, purchased a 10 pack of movies for $10, and began to watch each of the following movies on my computer: "Despicable Me," "Grown Ups," "Cop Out," "Sorcerer's Apprentice," "Morning Glory," and "127 Hours." The Zediva web site informed me that I could have each of these movies transmitted to my computer or other device for fourteen days without additional charge. When I accessed the Zediva web site on Wednesday, May 25, 2011 at 9:45 p.m., there was a list of 137 possible movies to watch, and of those 137 movies, 54 indicated they were "rented out" and thus unavailable at that time.

6. Defendants' website describes their management team. It says they are "working hard to bring new release and popular movies to the Internet; at possibly the lowest prices around." A true and correct copy of a print out from www.zediva.com containing the names of the team, led by Defendant and Zediva Founder and CEO Venkatesh Srinivasan, is attached hereto as Exhibit E. On the site, Defendants explain that they "hope to quickly expand the number of platforms

and devices we can service in 2011" and they "expect to have a lot more of a story to tell soon!"

7. Attached as Exhibit F is a true and correct copy of a letter from individual Defendant Srinivasan, addressed to the Federal Communications Commission ("FCC"), dated December 10, 2010, and obtained from Defendants' web site at http://www.zediva.com/ZedivaFCCLetter-12102010.pdf. In the letter, Mr. Srinivasan explained that "[b]y enabling users to watch new DVDs online, our service may be perceived to directly compete with the Video-on-Demand service, PayPerView and other PayTV services offered by cable providers and, in some cases, the providers of fiber networks and wireless networks."

8. On March 16, 2011, the Zediva blog announced: "We've Launched." On this blog, Defendants acknowledge that "[a]s we're moving out of our beta phase we recognize that we're going to be checked out by people who don't know who we are, or what we do." A true and correct copy of the website page with this announcement is attached hereto as Exhibit G.

9. An article by Wade Roush in *Xconomy* on March 16, 2011 carried a headline "Zediva Launches Online DVD Viewing." A true and correct copy of that article printed from the Internet is attached hereto Exhibit H.

10. Defendants' press coverage on March 16, 2011 continued. On *Time* magazine's "Techland" blog, there was an article entitled "Zediva's Movie Rentals Are 50% Cheaper Than iTunes" by Jared Newman. This article reports that "Zediva shaves down its pricing by cutting movie studios out of the equation." A true and correct copy of that article printed from www.time.com is attached hereto as Exhibit I.

11. Also on March 16, the *Financial Post* website ran an article entitled "Zediva Launches Netflix Rival." A true and correct copy of that article is attached hereto as Exhibit J. In that article, Defendant Srinivasan is quoted as saying Zediva is not a party to a contract with any Studio.

1       12.     On March 17, 2011, on a website called HollywoodDaily.Us, there was an article called "Zediva Streams New Releases Before Netflix and Redbox." A true and correct copy of that article from the Internet is attached hereto as Exhibit K. In that article, Defendant Srinivasan is quoted as saying "Until now, users had to pay a premium prices or drive down to the store to rent new release movies; Zediva is designed to allow anyone to enjoy new releases at an affordable price point."

        13.     On Zediva's official Twitter account (www.twitter.com/ZedivaMovies), there was a post on March 16: "Its official…we've launched! And what a launch it has been so far." Next, the same day, there was a post stating: "Site is temporarily down. We've gotten huge attention in the press today & so much customer demand. We are so sorry." Next, there was a post "We planned for a lot of site views today…as it turns out , we got about 100x more than we anticipated. Wow! Big day!" Then, there was the post "We expect the web site to be up later tonight, but we may be forced to temporarily close registration. We should have a waiting list though." The next day, March 17, there was a post reporting: "Update: registered users can log back in and enjoy rentals. Customers-to-be you're welcome to join the wait list." By March 21, there was a further update: "We've been getting lots of questions about when we'll reopen our registration … we'll have more info on that soon."

        14.     On March 22, 2011, Defendant Srinivasan posted on the Zediva blog a "Launch Day Recap." In this report, he says "[o]n Wed March 16th we officially launched." He reports that all the major news outlets carried press about their March 16 launch and "[g]etting featured on the Yahoo! homepage drove huge volumes of traffic our way, and our servers got overwhelmed. We were disappointed we couldn't handle the traffic." He went on that "[w]e had a long night, but were back in business just after midnight." A true and correct copy of this blog post is attached hereto as Exhibit L.

15. Shortly thereafter, on March 23, 2011, a website called Alltopstartups published an article entitled "Zediva is the new Netflix with a Controversial Twist" by Thomas Oppong. In the article, Defendant WTV Systems' co-founder and chief technology officer Vivek Gupta is quoted as saying "we are fully compliant with the law." Mr. Gupta's interview is characterized as being "before Zediva's official launch last week." A true and correct copy of this article printed from the Internet is attached hereto as Exhibit M.

16. Similarly, the same day, the *San Francisco Chronicle* ran an article entitled "Zediva's Offbeat Approach To Streaming Movies" by Benny Evangelista. A true and correct copy of that article is attached as Exhibit N. In this article, Mr. Gupta is again quoted as saying "we are fully compliant with the law."

**This Litigation and Related Discovery**

17. On April 4, 2011, the Studios filed and served their Complaint in this action. The same day, my firm hand served a letter on Defendants, requesting on behalf of the Studios that the Defendants cease infringing the Studios' works. Defendants to this day have not responded to the Studios' request, and they continue to operate their service, including transmitting the Studios' works, as set forth above. The Durie Tangri law firm, Michael Page and Joseph Gratz, subsequently entered appearances for Defendants. We informed counsel of the Studios' intent to file this motion and our request to take expedited discovery prior to filing the motion. Counsel for both sides thereafter worked cooperatively to stipulate to an orderly schedule for targeted discovery regarding how Defendants' service works, and for the briefing and presentation of this motion. As part of these negotiations, Defendants asked for additional time to respond to the Complaint and for additional time beyond what the normal rules allowed to respond to the motion for preliminary injunction. We agreed on a schedule. Then, we took an expedited Rule 30(b)(6) deposition of Defendants (chief technology officer Vivek Gupta, specifically) on May 18, 2011, and obtained an early document production prior to

1 | that deposition. This motion, filed just over a week after taking the deposition,
2 | followed.
3 |     18.    Attached as Exhibit O are true and correct copies of excerpts from the
4 | May 18 deposition of Defendants' Rule 30(b)(6) designee Vivek Gupta.
5 |     19.    Defendants also produced some documents to us. Attached as Exhibit
6 | P is a true and correct copy of a document bates numbered ZEDIVA000001 -
7 | ZEDIVA000011 that was produced by Defendants to Plaintiffs' counsel in this
8 | litigation.

11 |     I declare under penalty of perjury under the laws of the United States that the
12 | foregoing is true and correct. Executed this 26th day of May, 2011, at San
13 | Francisco, California.

                                                              CAROLYN HOECKER LUEDTKE