GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702

DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
BENJAMIN S. SHEFFNER (SBN 212629)
Ben_Sheffner@mpaa.org
15301 Ventura Boulevard, Bldg E
Sherman Oaks, CA 91403-3102
Telephone: (818) 995-6600
Facsimile: (818) 285-4403

*Attorneys for Plaintiffs*

MICHAEL H. PAGE (SBN 154913)
MPage@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiff,<br><br>v.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>Defendants. | Case No. CV 11-02817-JFW-E<br><br>**JOINT STIPULATION RE TIME TO RESPOND TO COUNTERCLAIM AND TIME FOR SCHEDULING CONFERENCE**<br><br>Ctrm: 16<br>Judge: John F. Walter |

WHEREAS Plaintiffs Warner Bros. Entertainment Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP ("Plaintiffs") filed and served the Complaint in this matter against Defendants WTV Systems, Inc., WTV Systems, LLC d/b/a Zediva, and Venkatesh Srinivasan (collectively, "Defendants") on April 4, 2011;

WHEREAS Defendants requested, and Plaintiffs consented to, additional time for Defendants to respond to the Complaint, from April 25, 2011, to May 16, 2011;

WHEREAS Defendants' May 16, 2011 Answer included a Counterclaim (Dkt. No. 24);

WHEREAS Plaintiffs' response to the Counterclaim otherwise would be due on June 6, 2011;

WHEREAS Plaintiffs have requested one additional week to respond to the Counterclaim, to June 13, 2011;

WHEREAS as a professional courtesy Defendants consent to the additional week that Plaintiffs have requested to respond to the Counterclaim;

WHEREAS the Court's April 26, 2011 Order set a Scheduling Conference in this matter for August 1, 2011, at 8:30 a.m. (Dkt. No. 18).

WHEREAS Plaintiffs' Lead Trial Counsel, Glenn D. Pomerantz, is scheduled to be out of the country on vacation on August 1, 2011;

WHEREAS Plaintiffs have requested, and Defendants and their Lead Trial Counsel, Michael H. Page, have agreed, that moving the Scheduling Conference to the date and time for Plaintiffs' pending Motion for Preliminary Injunction, July 25, 2011, at 1:30 p.m., would be convenient for counsel for all parties;

WHEREAS the Court previously has entered an Order granting the parties' stipulated request to extend the time for Defendants to respond to the Complaint

and for briefing on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 20); and the Court previously entered the aforementioned Order setting Scheduling Conference;

Therefore, the parties jointly STIPULATE as follows:

1. Defendants consent to allowing Plaintiffs to have through and including June 13, 2011, within which to respond to Defendants' Counterclaim; and

2. Subject to the Court's convenience, the parties agree that the Scheduling Conference shall be moved from August 1, 2011, at 8:30 a.m., to July 25, 2011, at 1:30 p.m., and the date for the parties to file a Joint Report and ADR Program Questionnaire shall be moved from July 18, 2011, to July 1, 2011.

**SO STIPULATED.**

Dated:  May 31, 2011                           MUNGER, TOLLES & OLSON LLP

                                                              By:   */s/ Glenn D. Pomerantz*
                                                                          Glenn D. Pomerantz

                                                              Attorneys for Plaintiffs

Dated:  May 31, 2011                           DURIE TANGRI LLP

                                                              By:   */s/ Michael H. Page*
                                                                          Michael H. Page

                                                              Attorneys for Defendants