GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  213-683-9100
Facsimile:  213-687-3702

DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
BENJAMIN S. SHEFFNER (SBN 212629)
Ben_Sheffner@mpaa.org
15301 Ventura Boulevard, Bldg
E
Sherman Oaks, CA 91403-3102
Telephone: (818) 995-6600
Facsimile: (818) 285-4403

*Attorneys for Plaintiffs*

MICHAEL H. PAGE (SBN 154913)
MPage@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br><br> Plaintiff, <br><br> v. <br><br> WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN, <br><br> Defendants. | Case No. CV 11-02817-JFW-E <br><br> **[PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIM AND TIME FOR SCHEDULING CONFERENCE** <br><br> Ctrm:     16 <br> Judge:    John F. Walter |

Upon the Stipulation of Plaintiffs Warner Bros. Entertainment Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP ("Plaintiffs") and Defendants WTV Systems, Inc., WTV Systems, LLC d/b/a Zediva, and Venkatesh Srinivasan (collectively, "Defendants"), and for good cause shown;

IT IS HEREBY ORDERED that:

1.      Plaintiffs shall respond to Defendants' Counterclaim on or before June 13, 2011; and

2.      The Scheduling Conference in this matter shall be rescheduled from August 1, 2011, at 8:30 a.m., to July 25, 2011, at 1:30 p.m..  The parties shall file their Joint Report and ADR Program Questionnaire on or before July 1, 2011.

**IT IS SO ORDERED.**

Dated:  June __, 2011

By: _____
　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　UNITED STATES DISTRICT JUDGE