GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
BENJAMIN S. SHEFFNER (SBN 212629)
Ben_Sheffner@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for
Motion Picture Studio Plaintiffs
and Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>            Plaintiffs and Counterclaim Defendants,<br><br>    vs.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>            Defendants and Counterclaimant. | **CASE NO.  2:11-cv-02817-JFW-E**<br><br>**ANSWER OF MOTION PICTURE STUDIOS TO COUNTERCLAIM OF DEFENDANT WTV SYSTEMS, INC.** |

14131655.1

STUDIOS' ANSWER TO
ZEDIVA COUNTERCLAIM

Plaintiffs and Counterclaim Defendants Warner Bros. Entertainment Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP (collectively, "Plaintiffs" or "Studios"), by their attorneys, responds as follows to the Counterclaim filed by Defendant WTV Systems, Inc., f/k/a WTV Systems, LLC (hereinafter, "Zediva").

## JURISDICTION AND VENUE

58. The allegations of Paragraph 58 are legal conclusions to which no response is required. To the extent a response is required, the Studios deny the allegations of Paragraph 58.

59. Admitted.

60. Admitted.

## THE PARTIES

61. The Studios are informed and believe, and on that basis admit, that WTV Systems, Inc., is a corporation organized and existing under the laws of the state of Delaware with its principal place of business located in Sunnyvale, California.

62. Admitted.

63. Admitted.

64. Admitted.

65. Admitted.

66. Admitted.

67. Admitted.

## GENERAL ALLEGATIONS

68. The Studios are without knowledge or information sufficient to admit or deny the allegation that "Zediva buys genuine, lawfully made DVDs by the hundreds," and on that basis deny the allegation. The Studios deny the remaining allegations of Paragraph 68.

1   69.  The allegations of Paragraph 69 are legal conclusions to which no
2   response is required.  To the extent a response is required, the Studios deny the
3   allegations of Paragraph 69.

4   70.  The Studios are informed and believe, and on that basis admit, that
5   Zediva maintains multiple DVD players at Zediva's facility.  The Studios are without
6   knowledge or information sufficient to admit or deny the remaining allegations of
7   Paragraph 70 and on that basis deny the remaining allegations of Paragraph 70.

8   71.  The Studios are without knowledge or information sufficient to admit or
9   deny whether "[u]ser[s] cannot download or copy a movie using Zediva," and on that
10  basis deny that allegation. The Studios deny the remaining allegations of Paragraph
11  71.

12  72.  Denied.

13  73.  The allegations of Paragraph 73 are legal conclusions to which no
14  response is required.  To the extent a response is required, the Studios deny the
15  allegations of Paragraph 73.

16  **FIRST CAUSE OF ACTION**
17  (Declaratory Judgment of Copyright Non-Infringement)

18  74.  The Studios incorporate herein by reference each and every averment
19  contained in Paragraphs 58-73 above.

20  75.  The Studios admit that their Complaint alleges that Defendants infringe
21  copyrights the Studios own or control by publicly performing the works covered by
22  those copyrights in violation of 17 U.S.C. §§ 106(4) and 501.  Except as specifically
23  admitted herein, the Studios deny the remaining allegations of Paragraph 75.

24  76.  The Studios admit that there exists an actual controversy between the
25  Studios and the Defendants, and that the actual controversy is set forth in the
26  Studios' Complaint in this action.  The remaining allegations of Paragraph 76 are
27  legal conclusions to which no response is required.  To the extent a response is
28  required, the Studios deny the remaining allegations of Paragraph 76.

77. Denied.

**AFFIRMATIVE DEFENSE**

(Unclean Hands)

As an affirmative defense to Zediva's Counterclaim, the Studios aver that Zediva's Counterclaim is barred in whole or in part by the doctrine of unclean hands.

**PRAYER FOR RELIEF**

WHEREFORE, the Studios pray for judgment:

1. Dismissing with prejudice Zediva's Counterclaim in its entirety;

2. Awarding the Studios their costs, disbursements and reasonable attorney's fees incurred in defending against the Counterclaim plus interest on any sums awarded thereunder; and

3. Awarding the Studios such other and further relief as this Court deems just and proper, including but not limited to the relief sought in the Complaint filed in this Court on April 4, 2011.

DATED: June 13, 2011                MUNGER, TOLLES & OLSON LLP


                                    By:      */s/ Kelly M. Klaus*
                                          KELLY M. KLAUS

                                    Attorneys for Motion Picture Studio
                                    Plaintiffs and Counterclaim Defendants