1   DURIE TANGRI LLP
    MICHAEL H. PAGE (SBN 154913)
2   mpage@durietangri.com
    MARK A. LEMLEY (SBN 155830)
3   mlemley@durietangri.com
    JOSEPH C. GRATZ (SBN 240676)
4   jgratz@durietangri.com
    217 Leidesdorff Street
5   San Francisco, CA 94111
    Telephone: 415-362-6666
6   Facsimile:  415-236-6300

7   Attorneys for Defendants
    WTV SYSTEMS, INC. f/k/a WTV
8   SYSTEMS, LLC
    and VENKATESH SRINIVASAN
9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                            WESTERN DIVISION
12

13  WARNER BROS. ENTERTAINMENT          Case No. 2:11-cv-02817-JFW-E
    INC., COLUMBIA PICTURES
14  INDUSTRIES, INC., DISNEY            **DECLARATION OF VIVEK GUPTA IN
    ENTERPRISES, INC., PARAMOUNT        SUPPORT OF OPPOSITION TO
15  PICTURES CORPORATION,               MOTION PICTURE STUDIOS'
    TWENTIETH CENTURY FOX FILM          MOTION FOR PRELIMINARY
16  CORPORATION, and UNIVERSAL CITY     INJUNCTION**
    STUDIOS PRODUCTIONS LLLP,
17
                           Plaintiffs,
18
           v.
19
    WTV SYSTEMS, INC. and WTV
20  SYSTEMS, LLC d/b/a ZEDIVA, and
    VENKATESH SRINIVASAN,
21
                          Defendants.
22  ─────────────────────────────
    WTV SYSTEMS, INC. and WTV
23  SYSTEMS, LLC d/b/a ZEDIVA, and
    VENKATESH SRINIVASAN,
24

25
                       Counterclaimant,
26
           v.
27
    WARNER BROS. ENTERTAINMENT
28

1

INC., COLUMBIA PICTURES
INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., PARAMOUNT
PICTURES CORPORATION,
TWENTIETH CENTURY FOX FILM
CORPORATION, and UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,

2

3

4

5

Counterdefendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Vivek Gupta, hereby declare as follows:

1.      I am the Co-Founder and Chief Technology Officer of WTV Systems, Inc., which operates the Zediva service.  I make the following declaration based on my personal knowledge and if called upon to do so could testify competently to the matters set forth herein.

2.      The following is a summary of the technical design, features, functionality, and operations of Zediva's service.

## OPERATIONAL OVERVIEW

3.      Zediva is a DVD rental service that maintains racks full of DVD Players at its data center.  Zediva allows its users to rent DVDs and DVD players, and to control those DVD players.  When a user has rented a DVD and DVD player, that user has sole and exclusive control of that DVD and DVD player, and only that user can view the output of that DVD player.  As with any other DVD rental business, if a DVD is rented out, nobody else can rent that DVD.  The only way for Zediva to increase capacity to meet demand is to do the same thing any other DVD rental business would have to do – buy lots and lots of DVDs.

///
///
///
///
///
///
///
///
///
///
///

GUPTA DECL. IN SUPPORT OF OPPN TO MOTION PICTURE STUDIOS' MOTION
FOR PI / CASE NO. 2:11-CV-02817-JFW-E

1    4.    This photo shows one cabinet of Zediva's DVD players, with three discs
2  ejected to show the contents of the DVD players:



17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ////
28

1      5.    This photo shows another cabinet of DVD players. 28 DVD players are

2 visible in this photo, and the racks are double-sided, so this cabinet contains a total of 56

3 DVD players (plus one DVD changer, at the top).



21      6.    Zediva rents out these DVDs and DVD players.  The users who rent them out

22 can view their output and send remote control commands to them.

23          **DETAILED DESCRIPTION OF DVD RENTAL OPERATIONS**

24               *Hardware and Software Used*

25      7.    The Zediva DVD rental service makes use of several hardware and software

26 components.  The components are:

27          a.    The **DVD Player**, an off-the-shelf home DVD player, which can be

28

remote-controlled by standard infrared remote control signals and which outputs an analog video signal;

b.      The **Video Adapter**, which takes the analog video signal from the DVD Player and turns it into a digital format, which is fed into a USB port of the DVD Control Server;

c.      The **Infrared ("IR") Blaster**, which connects to a USB port of the DVD Control Server and emits infrared remote control signals to control the DVD Player;

d.      The **DVD Control Server**, which communicates commands to the DVD Player via the IR Blaster and receives video from the DVD Player via the Video Adapter, adjusting the format of the video signal as necessary to suit the device on which the user is viewing the output of the DVD Player;

e.      The **Wowza Server**, which receives video from the DVD Control Server and, in response to a request from the user's computer, sends it to the user's computer using a piece of commercially-available software called Wowza Media Server; and

f.      The **Zediva.com Server**, which receives commands from the user and sends them to the DVD Control Server to be carried out, and serves the web pages that the user sees.

8.      The DVD Control Server, Wowza Server, and Zediva.com Server are not necessarily separate physical computers.  For example, as the system is currently configured, the computers which act as DVD Control Servers generally also act as Wowza Servers.  The system could be configured such that each of those functions was performed by a single computer, or all of those functions could be performed by three separate computers.  They are separated in this description for clarity.

9.      Physically, the DVD Players, Video Adapters, and IR Blasters are mounted in a chassis which Zediva staff has nicknamed the "Monolith."  Each Monolith contains four DVD Players, four Video Adapters (with their plastic cases removed, to save space),

4

a four-output IR Blaster, a USB hub, a fan, and a power supply.  The inside of a Monolith looks like this:



///
///
///
///
///
///
///
///
///
///
///

GUPTA DECL. IN SUPPORT OF OPPN TO MOTION PICTURE STUDIOS' MOTION
FOR PI / CASE NO. 2:11-CV-02817-JFW-E

10.    Here is the same photo with the components labeled:



***Rental Process***

11.    The Zediva DVD rental service operates by giving full and exclusive control over a DVD and DVD Player to the user who has rented that DVD and DVD Player. The user is able to view the output of the DVD Player and to control the operation of the DVD Player during the rental period. Each DVD Player holds a single DVD,[1] and the DVDs are generally removed from the player only when a DVD is removed from the rental inventory.

12.    In order to rent a DVD from Zediva, the user must first create an account and purchase credits. Credits cost $1.99, and may be purchased in packs of 10 for $10.00. Rentals last for a maximum of four hours. Users can rent one movie for one credit, and

---

[1] This is true for all but one of the DVD Players currently in use. One of the DVD Players currently in use is a multi-disc changer.

GUPTA DECL. IN SUPPORT OF OPPN TO MOTION PICTURE STUDIOS' MOTION
FOR PI / CASE NO. 2:11-CV-02817-JFW-E

may re-rent the same movie for 14 days without having to use another credit.  Ordinarily, the user chooses to use the DVD Player provided as part of the rental, but the user may also choose to have the DVD she has rented mailed to her; it must be returned within 14 days.

13.    Once the user is logged in and has rental credits, she may select a DVD to rent by pressing the "Rent Now" button associated with that particular movie.  By that volitional act, she causes the following automated process to occur:

a.    The user's computer loads the DVD Player Control Web Page from the Zediva.com Server.  That web page includes an embedded program, which uses Adobe's Flash technology, to retrieve the video signal.  It also includes a number of buttons for controlling the DVD Player, as well as code written in the JavaScript language that interprets the user's actions and sends appropriate commands to the DVD player (via the Zediva.com server and the DVD Control Server).

b.    The user's computer requests that the DVD and DVD Player which the user has rented be marked for her exclusive use by sending a message to the Zediva.com server.  The user's computer receives confirmation that the DVD and DVD Player have been designated for the exclusive use of the user who has rented them.

c.    The user's computer communicates with the Wowza server and determines whether the user's connection is fast enough to use Zediva.  If the user's connection is less than 500 kilobits per second, the user is not permitted to continue the rental, as such a low-bandwidth connection would cause unacceptable degradation in image quality.

d.    The user's computer sends a command to the Zediva.com server to turn on the DVD Player; the Zediva.com server passes this request to the DVD Control Server, which uses the IR Blaster to send the "Power On" command to the DVD Player.

e.    The user's computer sends a request to the Zediva.com server to view the output of the DVD Player, and the DVD Control Server begins passing the signal from

1   the Video Adapter through to the Wowza Server.

2        f.    The user's computer connects to the Wowza Server and begins

3   showing the output of the DVD Player to the user.  The connection between the Wowza

4   Server and the user's computer is encrypted using Adobe's Encrypted Real Time

5   Messaging Protocol ("RTMPE").  This encryption prevents the output of the DVD Player

6   from being intercepted by an unauthorized third party or recorded by the user.  Thus, the

7   user can only watch the output of the DVD Player while it is playing, and she cannot

8   download, save, or record any part of the DVD she has rented.

9        g.    The user's computer sends a set of commands to the Zediva.com

10  server to start the movie; the Zediva.com server passes these commands to the DVD

11  Control Server, which uses the IR Blaster to send the requested commands to the DVD

12  Player.

13  14.    While the movie is playing, the browser displays buttons with which the user

14  can send commands to the DVD Player (via the Zediva.com server, the DVD Control

15  Server, and the IR Blaster).  These buttons allow the user to pause the DVD, to skip to

16  another part of the DVD, to turn on or off subtitles, and so on.

17  15.    The user then returns the DVD to the rental pool, making the DVD and DVD

18  Player available for other users to rent.  She does so one of several ways: (1) by pressing

19  the "Return DVD" button; (2) by leaving the DVD paused or leaving the session inactive

20  for more than an hour; or (3) by keeping the DVD for four hours after she rented it out.

21        ***Adding or Replacing DVDs in the Rental Inventory***

22  16.    From time to time, new DVDs are added to the rental inventory, sometimes

23  replacing existing DVDs in the rental inventory and sometimes expanding that inventory.

24  17.    Zediva buys DVDs through ordinary retail channels – at, for example, Wal-

25  Mart, Target, or online.  After purchasing the DVD, Zediva catalogs its contents, noting

26  information such as the length of each chapter on the DVD, how to start the feature

27  presentation, and the options available on the DVD, like subtitles and alternate-language

28

8

audio tracks.  Zediva then adds the movie, along with its catalog information, to the database.  (If the DVD is replacing an existing DVD in the rental inventory, the existing DVD is designated "Out of Service" in the database so that it can no longer be rented.)  A Zediva employee then takes the DVD to the data center which houses the rental DVD players and places it in the DVD Player which has been designated for that DVD.  The Zediva employee then tests playback of the DVD to ensure that it is working properly.  This test is generally performed from a computer in the data center.  If everything is working properly, the database is updated to add the DVD to the inventory of DVDs available for rental.

### THE STUDIOS' KNOWLEDGE OF THE ZEDIVA SERVICE

18.    Zediva maintains log files in the ordinary course of its business reflecting each time its website was accessed and each time a user rented a movie.  Those log files are made automatically by the Apache server software at the time the logged activity occurs, and permit Zediva to evaluate the usage of its system.  I am the custodian of those log files and am familiar with their format.

19.    Those log files show the following.

20.    Attached hereto as Exhibit A is a true and correct excerpt from Zediva's log files.  It reflects that on November 22, 2010 at 4:19 PM, the Zediva web site was browsed by a user with IP address 216.205.243.145.

21.    The American Registry for Internet Numbers (ARIN) is the nonprofit organization designated to assign IP addresses in the United States by the Internet Corporation for Assigned Names and Numbers (ICANN).  ICANN, in turn, is responsible for the assignment of names and numbers on the Internet by virtue of a contract with the United States Department of Commerce.  *See* https://www.arin.net/about_us/ overview.html; http://www.icann.org/en/announcements/announcement-15aug06.htm. ARIN assigns ranges of IP addresses to organizations, and maintains a public registry, known as WHOIS, of which IP addresses have been assigned to which organizations.  *See*

http://whois.arin.net/.  It is common for a large organization to have more than one range of IP addresses assigned to it.

22.    Attached hereto as Exhibit B is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-216-205-224-0-1/pft.  This page states that all IP addresses between 216.205.224.0 and 216.205.255.255 belong to Fox Entertainment Group, Inc., the parent company of Plaintiff Twentieth Century Fox Film Corporation.  The IP address 216.205.243.145 is between 216.205.224.0 and 216.205.255.255, and therefore belongs to Fox.

23.    Attached hereto as Exhibit C is a true and correct excerpt from Zediva's log files.  It reflects that on November 26, 2010 at 4:08 PM, the Zediva web site was browsed by a user with IP address 204.128.192.4.

24.    Attached hereto as Exhibit D is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-204-128-192-0-1/pft.  This page states that all IP addresses between 204.128.192.0 and 204.128.192.255 belong to Disney Worldwide Services, Inc., the subsidiary of Plaintiff Disney Enterprises, Inc. that manages its computer networks.   The IP address 204.128.192.4 is between 204.128.192.0 and 204.128.192.255, and therefore belongs to Disney.

25.    Attached hereto as Exhibit E is a true and correct excerpt from Zediva's log files.  It reflects that on November 29, 2010 at 8:02 AM, the Zediva web site was browsed by a user with IP address 64.210.199.231.

26.    Attached hereto as Exhibit F is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-64-210-199-0-1/pft.  This page states that all IP addresses between 64.210.199.0 and 64.210.199.255 belong to NBC Universal, the parent company of Plaintiff Universal City Studios Productions LLLP, and provides as a contact address 100 Universal City Plaza, Universal City, California 91608, which is the address of the principal place of business of Plaintiff Universal City Studios Productions LLLP.  The IP address 64.210.199.231 is between 64.210.199.0 and

64.210.199.255, and therefore belongs to Universal.

27.    Attached hereto as Exhibit G is a true and correct excerpt from Zediva's log files.  It reflects that on December 8, 2010 at 12:46 PM, the Zediva web site was browsed by a user with IP address 204.110.112.2.

28.    Attached hereto as Exhibit H is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-204-110-112-0-1/pft.  This page states that all IP addresses between 204.110.112.0 and 204.110.127.255 belong to Plaintiff Paramount Pictures Corporation.  The IP address 204.110.112.2 is between 204.110.112.0 and 204.110.127.255, and therefore belongs to Paramount.

29.    Attached hereto as Exhibit I is a true and correct excerpt from Zediva's log files.  It reflects that on December 9, 2010 at 9:44 AM, the Zediva web site was browsed by a user with IP address 206.170.102.200.

30.    Attached hereto as Exhibit J is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-206-170-102-0-1/pft.  This page states that all IP addresses between 206.170.102.0 and 206.170.102.255 belong to Munger, Tolles & Olson.  The IP address 206.170.102.200 is between 206.170.102.0 and 206.170.102.255, and therefore belongs to Munger, Tolles & Olson.

31.    Attached hereto as Exhibit K is a true and correct excerpt from Zediva's log files.  It reflects that on November 30, 2010 beginning at 10:50 AM, a user with IP address 204.238.46.100 rented and began watching the movie *Scott Pilgrim vs. The World* via the Zediva service.  This is reflected, in particular, in line 133 of the excerpt, in which the user initiates a rental of Movie ID 107.  On the Zediva service, Movie ID 107 corresponds to *Scott Pilgrim vs. The World*.

32.    Attached hereto as Exhibit L is a true and correct copy of an ARIN WHOIS web page located at http://whois.arin.net/rest/net/NET-204-238-46-0-1/pft.  This page states that all IP addresses between 204.238.46.0 and 204.238.46.255 belong to Disney Worldwide Services, Inc., the subsidiary of Plaintiff Disney Enterprises, Inc. that manages

1   its computer networks.  The IP address 204.238.46.100 is between 204.238.46.0 and

2   204.238.46.255, and therefore belongs to Disney.

3       33.     My review of the Zediva registration database indicates that on December 7,

4   2010, an account was created on Zediva by a user providing the email address

5   LJacobs@newscorp.com.  My review of server logs indicates that this user attempted to

6   watch *Get Him to the Greek*, but was unable to do so because he was using an iPad.

7       I declare under penalty of perjury under the laws of the United States that the

8   foregoing is true and correct.

9       Executed this 16th day of June, 2011, in Sunnyvale, California.



11                                                    Vivek Gupta

1

## CERTIFICATE OF SERVICE

2          I certify that all counsel of record are being served on June 17, 2010, with a copy

3 of this document via the Court's CM/ECF system.

4          I declare under penalty of perjury under the laws of the United States of America

5 that the foregoing is true and correct.  Executed on June 17, 2010, at San Francisco,

6 California.

7

8                                                    */s/ Joseph C. Gratz*
                                                    Joseph C. Gratz

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GUPTA DECL. IN SUPPORT OF DEFS AND COUNTERCLAIMANTS OPPN TO
MOTION PICTURE STUDIOS' MOTION FOR PI / CASE NO. 2:11-CV-02817-JFW-E