DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
WTV SYSTEMS, INC. f/k/a WTV SYSTEMS, LLC
and VENKATESH SRINIVASAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>Defendants. | Case No. 2:11-cv-02817-JFW-E<br><br>**DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF OPPOSITION TO MOTION PICTURE STUDIOS' MOTION FOR PRELIMINARY INJUNCTION** |
| WTV SYSTEMS, INC. and WTV SYSTEMS, LLC d/b/a ZEDIVA, and VENKATESH SRINIVASAN,<br><br>Counterclaimant,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | INC., COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>    Counterdefendants. |

GRATZ DECL. IN SUPPORT OF OPPN TO MOTION PICTURE STUDIOS' MOTION
FOR PI / CASE NO. 2:11-CV-02817-JFW-E

I, Joseph C. Gratz, declare as follows:

1.  I am an attorney licensed to practice law in the state of California and am a partner with the law firm of Durie Tangri LLP, counsel for defendants and counterclaimant WTV Systems, Inc. f/k/a WTV Systems, LLC and Venkatesh Srinivasan in the above-captioned action. I have knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

2.  Attached hereto as Exhibit A is a true and correct copy obtained through the Pacer/ECF document retrieval system of Warner Brothers Entertainment Inc.'s Opposition to Motion for Preliminary Injunction, ECF No. 29, in *Whitmill v. Warner Bros. Entertainment Inc.*, No. 4:11-cv-00752-CDP (E.D. Mo. filed May 20, 2011).

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Thomas Gewecke, President of Warner Brothers Digital Distribution, taken June 13, 2011. Passages other than those cited have been redacted pursuant to a request from counsel for the Studios.

4.  Attached hereto as Exhibit C is a true and correct copy of an article from the October 2, 2009 issue of *Variety* by Scott Kirsner titled *Indies Still Looking for Internet Equation*. The article is available on the Variety website at http://www.variety.com/article/VR1118009503. The article states, in part:

> But while Apple offers a fairly straightforward 70/30 revenue split with most rights-holders (Apple keeps 30% of rentals and sales), Netflix's streaming terms are different. The site pays a flat annual fee to make a film available on its "Watch Instantly" streaming service, whether five people or five thousand choose to view it over that period.

5.  Attached hereto as Exhibit D is a true and correct copy of an article from the March 17, 2011 issue of *The Economist* titled *Unkind Unwind*. The article is available on the Economist website at http://www.economist.com/node/18386456?fsrc=rss.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 17th day of June, 2011, in San Francisco, California.

*/s/ Joseph C. Gratz*
Joseph C. Gratz

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on June 17, 2010, with a copy of this document via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2010, at San Francisco, California.

                                              */s/ Joseph C. Gratz*
                                                Joseph C. Gratz