Name _Michael H. Page (SBN 154913), Durie Tangri LLP_

Address _217 Leidesdorff Street_

City, State, Zip _San Francisco, CA  94111_

Phone _(415)362-6666_

Fax _(415)236-6300_

E-Mail _mpage@durietangri.com_

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>WTV Systems, Inc. and WTV Systems, LLC d/b/a/<br>Zediva, and Venkatesh Srinivasan,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 11-02817 JFW (EX)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____the Defendants_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   PRELIMINARY INJUNCTION APPEAL

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___August 1, 2011___. Entered on the docket in this action on ___ECF No. 52, Aug. 1, 2011___.

A copy of said judgment or order is attached hereto.

___August 31 2011___

Date

___/s/ Michael H. Page___

Signature

☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).